KAREL MARSHAK *v.* SHELDON MARSHAK
(6225)

SPALLONE, O'CONNELL and NORCOTT, Js.
Argued February 16—decision released March 1, 1989

*William F. Gallagher,* with whom, on the brief, was *Gwen B. Weltman,* for the appellant (defendant).

*Sean G. FitzMaurice,* for the appellee (plaintiff).

PER CURIAM. There is no error.